Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATTI ANN HURT, | ) |
| Plaintiff, | ) CASE NO. 3:20-cv-00481-WGC |
| v. | ) **CONSENT MOTION** |
| ANDREW SAUL, | ) **FOR EXTENSION OF TIME TO FILE** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **PLAINTIFF'S BRIEF** |
| Defendant. | ) |

    Plaintiff, Patti Ann Hurt, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-one day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed June 23, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from June 23, 2021 up to and including August 23, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who //

//

//

kindly does not object to this request.

Dated this 21st day of June, 2021.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

IT IS SO ORDERED.

DATED: June 22, 2021.

_____
UNITED STATES MAGISTRATE JUDGE