Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff, Patti Ann Hurt

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATTI ANN HURT,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:20-cv-00481-CSD<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Patti Ann Hurt be awarded attorney fees in the amount of five thousand eight hundred ninety-six dollars and eighty cents ($5,896.80) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Olinsky Law Group, 250 South Clinton Street, Suite 210, Syracuse, NY 13202 (EIN 26-2258247).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

//

//

This award is without prejudice to the rights of Hal Taylor and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: May 3, 2022                    Respectfully submitted,

                                          OF COUNSEL, OLINSKY LAW GROUP

                                        */s/ Hal Taylor*
                                        HAL TAYLOR
                                        Attorney for Plaintiff

Dated: May 3, 2022                    Respectfully submitted,

                                        CHRISTOPHER CHIOU
                                        Acting United States Attorney
                                        District of Nevada
                                        Nevada Bar No. 14853

                                        ALLISON J. CHEUNG, CSBN 244651
                                        Special Assistant United States Attorney
                                        160 Spear Street, Suite 800
                                        San Francisco, California 94105
                                        Telephone: (510) 970-4811
                                        Facsimile: (415) 744-0134
                                        *(as authorized by email on May 3, 2022)*
                                        E-Mail: allison.cheung@ssa.gov

                                        Attorneys for Defendant

                                        IT IS SO ORDERED:

                                        _____
                                        HON. CRAIG S. DENNEY
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: May 4, 2022

3